IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Samuel C. Hood, Jr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:21-cv-410-GCS |
| ) | |
| **Marion Hospital Corporation et al,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 84), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: April 23, 2024

                                                MONICA A. STUMP, Clerk of Court
                                                *s/ Catina Simpson*
                                                Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge